```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 20729
    LAKISHA JONES
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
     SSN XXX-XX-5146


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 11/06/2007 and was confirmed 02/11/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/18/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
ACC CONSUMER FINANCE       SECURED VEHIC         .00              .00             .00
ACC CONSUMER FINANCE       UNSECURED             .00              .00             .00
CITY OF BERWYN             SECURED            459.00              .00          459.00
CITY OF BERWYN             UNSECURED      NOT FILED               .00             .00
HOME LOAN SERVICES INC     CURRENT MORTG         .00              .00             .00
HOME LOAN SERVICES INC     MORTGAGE ARRE   30021.42               .00         1101.60
RADIAN SERVICES LLC        CURRENT MORTG         .00              .00             .00
RADIAN SERVICES LLC        MORTGAGE ARRE    6401.00               .00          234.88
FIRST FRANKLIN             NOTICE ONLY    NOT FILED               .00             .00
ASPEN                      UNSECURED      NOT FILED               .00             .00
ASPIRE VISA                UNSECURED      NOT FILED               .00             .00
COMCAST                    UNSECURED      NOT FILED               .00             .00
COMMONWEALTH EDISON        UNSECURED          161.19              .00             .00
COUNTRYWOOD APARTMENTS     UNSECURED      NOT FILED               .00             .00
NICOR GAS                  UNSECURED      NOT FILED               .00             .00
SALUTE/UTB                 UNSECURED      NOT FILED               .00             .00
SPRINT                     UNSECURED      NOT FILED               .00             .00
SPRINT COMMUNICATION       UNSECURED      NOT FILED               .00             .00
TCF FINANCIAL SERVICES     UNSECURED      NOT FILED               .00             .00
JOSEPH WROBEL              DEBTOR ATTY       2,700.00                        2,700.00
TOM VAUGHN                 TRUSTEE                                             389.52
DEBTOR REFUND              REFUND                                                 .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 4,885.00

PRIORITY                                          .00
SECURED                                      1,795.48
UNSECURED                                         .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 20729 LAKISHA JONES
```

```
ADMINISTRATIVE                                                        2,700.00
TRUSTEE COMPENSATION                                                    389.52
DEBTOR REFUND                                                              .00
                                          ---------------    ---------------
TOTALS                                           4,885.00           4,885.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 11/19/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE